IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER RIST, : <br> : <br> Plaintiff(s), : <br> : <br> vs. : <br> : <br> THE HARTFORD FINANCIAL SERVICES <br> GROUP, : <br> : <br> Defendant(s). : | Case Number: 1:05cv492 <br><br> District Judge Susan J. Dlott |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy Black. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on August 7, 2008 a Report and Recommendation (Doc. 42). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 44) and defendant filed a response to plaintiff's objections to the Report and Recommendation (Doc. 45).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, Defendant Hartford's motion to dismiss (Doc. 49) is **GRANTED** and this matter is **REMANDED** to Hartford to complete the administrative review process.

IT IS SO ORDERED.

S/Susan J. Dlott
Susan J. Dlott
United States District Judge