IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER RIST, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:05cv492 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| THE HARTFORD FINANCIAL SERVICES : | |
| GROUP, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Black filed on March 2, 2010 (Doc. 53), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 22, 2010, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion to reinstate the case (Doc. 48) is **GRANTED.** This matter is returned to the Court's active docket. It is further **ORDERED** that plaintiff is required to file an amended complaint consistent with the Court's prior holdings and against the proper defendant.

IT IS SO ORDERED.

        ___s/Susan J. Dlott_____
        Chief Judge Susan J. Dlott
        United States District Court