IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Christopher Rist,

    Plaintiff(s),

vs.

The Hartford Financial Services Group,

    Defendant(s).

Case Number: 1:05cv492

Chief Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on November 14, 2011 (Doc. 93), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired December 1, 2011, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's application for Award of Statutory Attorneys' Fees and Expenses is **GRANTED** in part and **DENIED** in part. Plaintiff Christopher Rist is awarded $51,868.75 in attorneys's fees and $618.01 in litigation expenses.

IT IS SO ORDERED.

          ___s/Susan J. Dlott_____
          Chief Judge Susan J. Dlott
          United States District Court